UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:15-cr-00152-SEB-TAB |
| | ) | |
| WILLIAM BROWN, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 21, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 17, 2023, and granted on March 2, 2023. [Dkt. Nos. 460-461.]  Defendant, William Brown appeared in person with his appointed counsel, Gwendolyn M. Beitz.  The government appeared by Kristina Korobov, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant admitted violation number 1. [Docket Nos. 460 and 461.]

3.      The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"The defendant shall refrain from any unlawful use of a controlled substance."**<br><br>On February 6, 2023, Mr. Brown submitted a urine sample which tested positive for fentanyl.  He admitted using the substance.<br><br>As previously reported to the Court, on April 21, May 5, and September 14, 2022, Mr. Brown submitted urine samples which tested positive for fentanyl.. |

4. The parties stipulated that:

    (a)    The highest grade of violation is a Grade B violation.

    (b)    Defendant's criminal history category is V.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 30 days' prison sentence followed by an 18-month term of supervised release with the same conditions. [Dkt. No. 224.]

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 30 days' prison sentence followed by an 18-month term of supervised release with the same conditions. [Dkt. No. 224.]   The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 3/21/2023

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system