UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cr-00152-SEB-TAB ) |
| WILLIAM BROWN, | ) -01 ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Paul R. Cherry's Report and Recommendation that William Brown's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of thirty (30) days in the custody of the Attorney General or his designee, with followed by an eighteen (18) month term of supervised release with the same conditions. [Dkt. No. 224.]  The Defendant is to be taken into custody immediately

**SO ORDERED.**

Date:  3/22/2023

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USMS-C

Electronic Notice to USPO