UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00152-SEB-TAB-01 |
| | ) | |
| WILLIAM BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On February 21, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 13, 2024. [Dkt. 483.] Defendant appeared in person and by FCD counsel Samuel Ansell. Government represented by AUSA Lindsay Karwoski. USPO represented by Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Brown of his rights and ensured he had a copy of the Petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Brown admitted the violation as set forth in the Petition

3. The allegation to which Defendant admitted, as fully set forth in the Petition, is:

| **Violation No.** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

Mr. Brown submitted urine samples that tested positive for illicit drugs on the following dates: May 24, 2023, (fentanyl); August 10, 2023, (opiates); September 6, 2023, (opiates); September 20, 2023, (marijuana); December 15, 2023, (fentanyl); and February 1, 2024, (fentanyl). Each of these results were confirmed by either laboratory testing or Mr. Brown's own admission.

4. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months imprisonment.

5. The parties jointly recommended a sentence of eighteen (18) months incarceration, with no supervised release to follow. In addition, Defendant requested placement at the Residential Drug Abuse Program (RDAP) at FCI Terre Haute, Indiana.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the Petition, and recommends that Defendant's conditions of supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months, with no supervised release to follow. In addition, the Magistrate Judge recommends that Defendant be placed at FCI Terre Haute, Indiana, if appropriate, and be allowed to participate in the Residential Drug Abuse Program (RDAP) at that facility.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

Defendant was remanded to U.S. Marshal custody pending the District Judge's action on this Report and Recommendation.

Dated: 22 FEB 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system